FALL 1809.
First District.

NAVIGATION Co.
*vs.*
CITY OF NEW
ORLEANS.

⟶⟶⟶

## ORLEANS NAVIGATION COMPANY vs. THE MAYOR, ALDERMEN & INHABITANTS OF THE CITY OF NEW-ORLEANS.

THE plaintiffs had filed a petition praying that the defendants might be enjoined from further

Defendant is not bound to answer on oath, and

FALL 1809,
First District.

NAVIGATION Co.
*vs.*
CITY OF NEW-
ORLEANS

cannot take advantage of his voluntary affidavit.

proceeding in building a bridge across the Bayou St. John, to the obstruction of its navigation, and in violation of certain rights secured to the plaintiffs by their act of incorporation. The injunction having issued, the defendants put in an answer, in the form used in the British court of chancery, negativing on oath, all the substantial facts alledged in the petition.

*Duncan* for the defendants. The injunction ought to be dissolved, as the answer has sworn away all the equity of the petition, the foundation on which the injunction is supported.

*Brown* for the plantiffs. This court is not regulated by the rules of practice of a British court of chancery. The statute of this territory approved the 10th of April 1805, *Chap.* 26, has pointed out the mode of proceeding in this case. The defendants were not called upon to answer on oath, they cannot derive any advantage from the circumstance of having voluntarily annexed an affidavit to their answer.

*By the Court*, LEWIS, J. *alone.* The court has never adopted the rules of the British court of chancery, and I see nothing in this case that would warrant a deviation from its accustomed mode of proceeding, under the statute of the territory.

MOTION OVERRULED.